

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00276-CR

Efren **MORENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10602
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is permanently ABATED.

SIGNED September 14, 2022.

_____
Luz Elena D. Chapa, Justice